## MISSOURI, K. & T. RY. CO. v. ADAMS.

No. 2681.   Opinion Filed   May 6, 1913.

(132 Pac. 322.)

*Error from Coal County Court;*
*R. H. Wells, Judge.*

Action by A. N. Adams against the Missouri, Kansas & Texas Railway Company. Judgment for plaintiff, and defendant brings error. Reversed and remanded.

*Clifford L. Jackson, W. R. Allen,* and *M. D. Green,* for plaintiff in error.
*P. E. Wilhelm,* for defendant in error.

Opinion by ROBERTSON, C. This case involves the consideration of the identical question decided by this court in *Buchanan v. Statler & Herndon,* 32 Okla. 206, 120 Pac. 658;

also *M., K. & T. Ry. Co. v. Lawson, ante,* 132 Pac. 321. The opinions in those cases are conclusive as to the issue herein, and on the authority thereof the judgment in this case should be reversed and the cause remanded.

By the Court: It is so ordered.